*Prepared and proposed by:*
DEREK LANGTON (UT 4068)
J. THOMAS BECKETT (UT 5587)
SCOTT S. BELL (UT 10184)
DAVID P. BILLINGS (11510)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
Email: ECF@parsonsbehle.com

*Attorneys for Plaintiff Nevada Star Resource Corp.*

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re  **WESTERN UTAH COPPER COMPANY**,  Debtor. | Bankruptcy Case No. 10-29159-WTT  (Jointly Administered with Case No. 10-30002 WTT)  Chief Judge William T. Thurman  Chapter 11 |
| NEVADA STAR RESOURCE CORP.,  Plaintiff,  vs.  WESTERN UTAH COPPER COMPANY,  Defendant. | Adv. Pro. No. 10-02854  [Filed Electronically]  **ORDER GRANTING STIPULATION AND JOINT MOTION TO (1) DISMISS RELATED ADVERSARY CASE NO. 10-0265, (2) PERMIT AMENDMENT TO DEFENDANT'S COUNTERCLAIM, AND (3) MODIFY ORDER GOVERNING SCHEDULING AND PRELIMINARY MATTERS** |

4850-5360-3080.1

**Filed: 02/08/11**

This matter came before the court on the Stipulation and Joint Motion between the above-named plaintiff Nevada Star Resource Corp. ("NRSC") and defendant Western Utah Copper Company ("WUCC"). (*See* Dkt. No. 10.)

After carefully considering the Stipulation and Joint Motion and other matters the Court deemed appropriate, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Adversary Proceeding No. 10-02652 is DISMISSED;

2. WUCC shall have until two weeks from the date of the entry of this Order to file an amendment to its Counterclaim. Any amendment shall be limited to those claims that WUCC alleged in Adversary Proceeding No. 10-02652 against the defendants named therein; and

3. The Scheduling Order is hereby amended as follows:

    a. **Discovery Cut-Off:** All fact discovery (*i.e.*, all discovery except discovery relating to expert witnesses) will be completed by Friday, July 1, 2011;

    b. **Expert Reports:** Plaintiff NRSC must submit any Rule 26(a)(3)(B) expert reports by no later than Friday, July 29, 2011. Defendant WUCC must submit any Rule 26(a)(3)(B) expert reports by no later than Friday, August 26, 2011;

    c. **Expert Discovery Cutoff Date:** All discovery relating to trial expert witnesses, including any depositions of expert witnesses, must be completed by Thursday, September 29, 2011;

4850-5360-3080.1

      d.    **Motion Deadline:** All dispositive motions or potentially dispositive motions must be filed by Thursday, September 29, 2011;

      e.    **Witnesses and Exhibits:** Final lists of witnesses and exhibits are due from Plaintiff and Defendant by Monday, October 31, 2011;

      f.    **Attorney's Conference:** Counsel for the parties shall hold an attorney's conference to discuss settlement, a proposed pretrial order, stipulated facts, exhibit lists, witness lists and other matters that will aid in the preparation of an accurate, complete and definitive pretrial order. This attorney's conference shall be held on Tuesday, November 22, 2011;

      g.    **Pretrial Order:** The parties shall file a proposed pretrial order on or before Tuesday, November 29, 2011;

      h.    **Final Pretrial Conference:** The parties shall attend a final pretrial conference on ___day, _____, _____ at __:_0_.m.

**-- END OF ORDER --**

*Approved as to Form:*

**AFFELD GRIVAKES ZUCKER, LLP**

By: /s/ Christopher Grivakes
    CHRISTOPHER GRIVAKES
    Attorneys for Defendant Western Utah Copper Company
    *Electronically signed with permission from Christopher Grivakes*

4850-5360-3080.1